

# Missouri Court of Appeals
## Southern District

## MARCH 28, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32606

    Re:  STEVEN PATRICK STRONG,
         Movant-Appellant,
         vs.
         STATE OF MISSOURI,
         Respondent-Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No. SD32001

    Re:  STATE OF MISSOURI,
         Plaintiff-Respondent,
         vs.
         ROBERT DANIEL ROOKER,
         Defendant-Appellant.